IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DWAIN GUTHRIE,** | § |
| Plaintiff, | § |
| vs. | §  CASE NO. CIV-15-335-R |
| **BJ'S RESTAURANT INC.,** | § |
| and | § |
| **BJ'S RESTAURANT OPERATIONS COMPANY,** | § |
| Defendants. | § |

## JOINT MOTION TO STAY PENDING ARBITRATION

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, Plaintiff Dwain Guthrie and Defendants BJ's Restaurant Inc. and BJ's Restaurant Operations Company (collectively, the "Parties") file this Joint Motion to Stay Pending Arbitration.

Plaintiff and Defendants are parties to an enforceable Mutually Binding Arbitration Agreement ("Arbitration Agreement") that covers all claims brought by Plaintiff in the instant lawsuit. The Parties have agreed to move this matter into arbitration and stay this case pending the resolution of Plaintiff's claims pursuant to the Arbitration Agreement.

Accordingly, the Parties respectfully request that this Court enter an order compelling the arbitration of this matter and staying this lawsuit pending the outcome of the arbitration proceeding.

| | | |
|---|---|---|
| /s/ Amber L. Hurst (w/ permission)<br>Mark E. Hammons<br>OBA No. 3784<br>Amber L. Hurst<br>OBA No. 21231<br><br>Hammons, Gowens, Hurst<br>325 Dean A. McGee Avenue<br>Oklahoma City, OK 73102<br>405.235.6100<br>405.235.6111 (Facsimile)<br>Email: amberh@hammonslaw.com<br><br>Attorneys for Plaintiff | /s/ Jonathan Redgrave<br>Jonathan Redgrave<br>OBA No. 030691<br>jredgrave@littler.com<br><br>Littler Mendelson, P.C.<br>2001 Ross Avenue<br>Suite 1500, Lock Box 116<br>Dallas, TX 75201<br>214.880.8100<br>214.880.0181 (Facsimile)<br><br>Adam W. Childers<br>OBA No. 18673<br>adam.childers@crowedunlevy.com<br><br>Crowe & Dunlevy<br>324 North Robinson Avenue<br>Suite 100<br>Oklahoma City, OK 73102<br>405.235.7700<br>405.272.5956 (Facsimile)<br><br>Attorneys for Defendants | /s/ Margaret T. Blackwood<br>Margaret T. Blackwood<br>Georgia Bar No. 061095<br>LITTLER MENDELSON, P.C.<br>3344 Peachtree Road, N.E.<br>Suite 1500<br>Atlanta, GA 30326<br>T – 404.233.0330<br>F – 404.233.2361<br>Email: mblackwood@littler.com<br><br>Attorney for Defendant |

Firmwide:133343043.1 999999.6244

**JOINT MOTION TO STAY PENDING ARBITRATION—PAGE 2**