**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **DWAIN GUTHRIE,** § § | |
| Plaintiff, § § | |
| vs. § | **CASE NO. CIV-15-335-R** |
| § § | |
| **BJ'S RESTAURANT INC.,** § § | |
| and § § | |
| **BJ'S RESTAURANT OPERATIONS COMPANY,** § § § | |
| Defendants. § | |

## ORDER

On this day the Court considered the Parties' Joint Motion to Stay Pending Arbitration. The Court finds that Plaintiff and Defendants are parties to an enforceable Mutually Binding Arbitration Agreement ("Arbitration Agreement") that covers all claims brought by Plaintiff in the instant lawsuit and that Plaintiff and Defendants have agreed to move this matter into arbitration and stay this case pending the resolution of Plaintiff's claims pursuant to the Arbitration Agreement. The motion is, therefore, GRANTED.

The Court ORDERS that this matter be stayed until such time as Plaintiff and Defendants have arbitrated pursuant to the Arbitration Agreement.

SIGNED this 6th day of May, 2015.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE