THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |  | |
|---|---|---|---|
| **DWAIN GUTHRIE,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | | |
| | ) | | |
| -vs- | ) | Case No. CIV-15-335-R | |
| | ) | | |
| **BJs RESTAURANTS, INC., et al.,** | ) | | |
| | ) | | |
| **Defendant.** | ) | | |

## ORDER

This matter is before the Court pursuant to the Order entered May 6, 2016, granting the Motion to Stay Case Pending Arbitration. Doc. No. 14. In the interest of efficiency in managing its Docket, the Court concludes that the most appropriate disposition of this case is to administratively close it, subject to reopening, depending on the disposition at arbitration.

Accordingly, the Clerk of the Court is directed to administratively terminate this action without prejudice to the right of a party to file a stipulation or order of dismissal, or, for good cause shown upon motion, to reopen the case for further proceedings necessary to obtain a final determination of the action. If, within **sixty (60)** days of the completion of the arbitration, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

1

IT IS SO ORDERED this 29th day of June, 2016.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE