IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  DWAIN GUTHRIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIV-15-335-R ) |
| 1.  BJ'S RESTAURANTS, INC., | ) ) |
| 2.  BJ'S RESTAURANT OPERATIONS COMPANY, | ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 26th DAY OF OCTOBER, 2016.**

s/Amber Hurst
Mark Hammons, OBA No. 3748
Amber L. Hurst OBA No. 21231
325 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: amber@hammonslaw.com
*Counsel for Plaintiff*

s/ Jonathan G. Rector
*(Signed by filing party with permission)*
Steven L. Rahhal, OBA No. 12445
Jonathan G. Rector, OBA No. 30691
LITTLER MENDELSON, P.C.
2001 Ross Avenue Suite 1500
Lock Box 116
Dallas, TX 75201-2931
(214) 880-8100
(214) 880-0181 (Facsimile)
srahhal@littler.com
jrector@littler.com

and

Adam W. Childers
Oklahoma Bar No. 18673
adam.childers@crowedunlevy.com
CROWE & DUNLEVY
324 North Robinson Avenue
Suite 100
Oklahoma City, OK 73102
(405) 235-7700
(214) 880-0181 (Facsimile)
*Counsel for Defendant*